**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7654**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

> v.

JOSHUA FITZGERALD REID,

> Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00091-D-1)

Submitted:  August 23, 2022                    Decided:  August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshua Fitzgerald Reid, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, Lucy Partain Brown, Assistant United States, Daniel William Smith, Assistant United States Attorney, Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Fitzgerald Reid appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review of the record, we discern no abuse of discretion in the district court's determination that the relevant 18 U.S.C. § 3553(a) factors weighed against compassionate release.[*] *See United States v. High*, 997 F.3d 181, 185-87 (4th Cir. 2021) (stating standard of review and outlining relevant factors); *see also United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir. 2021) (per curiam) (affirming district court's order denying compassionate release, despite error in applying Sentencing Guidelines policy statement, where district court's 18 U.S.C. § 3553(a) analysis was sound). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Reid's new arguments regarding his sentencing credits and his family circumstances are not properly before us. *See In re Under Seal*, 749 F.3d 276, 285 ("Our settled rule is simple: absent exceptional circumstances, we do not consider issues raised for the first time on appeal." (cleaned up)). Instead, these arguments are properly raised, if at all, in the district court in the first instance.